IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Denise Anderson, | NO. C 11-03865 JW |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| Lawrence Livermmore Nat'l Sec. Health and Welfare Benefit Plan for Emps., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on February 6, 2012. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 19.)

In their Joint Statement, the parties propose a discovery deadline but do not request any specific discovery. Because this is an appeal of a denial of ERISA benefits, the Court need only evaluate the administrative record. Limited discovery is available in certain circumstances.[1] However, the parties have failed to provide the Court with sufficient information in their Joint Statement to determine whether discovery is necessary. Accordingly, the Court declines to set a discovery schedule at this time. Should either party wish to conduct discovery, the party must move the Court for leave to do so and must specifically identify the discovery sought.

---

[1] See Employee Retirement Income Security Act of 1974, 29 U.S.C §§ 1001 *et seq*.

The parties also propose a schedule for a bench trial. The Court finds that the setting of a bench trial would be premature without first setting a schedule for cross-motions for summary judgment. Thus, the Court declines to schedule a trial at this time.

Based on the nature of the case and the dates provided in the parties' Joint Statement, the Court finds that a schedule can be set for this case without the necessity of an appearance at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule:

### **CASE SCHEDULE**

| | |
|---|---|
| **Deadline for Filing Administrative Record** | **March 19, 2012** |
| **Last Day for Hearing Motions to Augment the Record** | **June 11, 2012** |
| **Hearing on Anticipated Cross-Motions for Summary Judgment** | **September 24, 2012 at 9 a.m.** |

None of the dates set in this Order may be changed without an order of the Court made after a motion is filed pursuant to the Civil Local Rules of Court. All motions shall be briefed in accordance with the Civil Local Rules.

Dated: February 1, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth Katherine Green egreen@kantorlaw.net
Eric Conrad Schaffer ecschaffer@reedsmith.com
Katherine W Insogna kinsogna@reedsmith.com
Kenneth Neil Smersfelt ksmersfelt@reedsmith.com
Lisa Sue Kantor lkantor@kantorlaw.net
Russell George Petti rpetti@petti-legal.com

**Dated: February 1, 2012**                         **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers            **
                                                         **Susan Imbriani**
                                                         **Courtroom Deputy**

3