Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
Eric C. Schaffer (SBN 221883)
eschaffer@reedsmith.com
Katherine W. Insogna (SBN 266326)
kinsogna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Tel.: (213) 457-8000
Fax: (213) 457-8080

Attorneys for Defendants Anthem Blue Cross Life and Health Insurance Co. and Lawrence Livermore National Security Health and Welfare Benefit Plan for Employees



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ANDERSON,<br><br>                Plaintiff,<br><br>        vs.<br><br>LAWRENCE LIVERMORE NATIONAL SECURITY HEALTH AND WELFARE BENEFIT PLAN FOR EMPLOYEES; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>                Defendants. | Case No.: 3:11-cv-03865 JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD** |

Plaintiff Denise Anderson ("Plaintiff"), Defendant Anthem Blue Cross Life and Health Insurance Company ("ABCLH"), and Defendant Lawrence Livermore National Security Health and Welfare Benefit Plan for Employees ("Lawrence Livermore") hereby submit, through the undersigned, the following Joint Stipulation and [Proposed] Order To Extend Time to File Administrative Record:

WHEREAS on August 5, 2011, Plaintiff filed her ERISA complaint in the above-titled action in the United States District Court Northern District of California;

WHEREAS the Court issued a Scheduling Order setting the Deadline for Filing Administrative Record as March 19, 2012;

WHEREAS the Parties attended a mediation with Ralph Williams of ADR Services and believe they are very close to potentially resolving their dispute and agreeing to a settlement;

WHEREAS the Administrative Record contains confidential medical records protected by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the Parties wish to avoid submitting the records, if possible, given the potential imminent resolution;

WHEREAS the Parties wish to continue the Deadline for Filing Administrative Record by three weeks to April 9, 2012 to allow the Parties time to potentially reach a settlement agreement and dismiss the action; AND

WHEREAS this change to the Deadline for Filing Administrative Record will not alter the date of any event or any deadline already fixed by Court order;

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff, ABCLH, and Lawrence Livermore through the undersigned, to extend the Deadline for Filing Administrative Record to April 9, 2012.

DATED: March 16, 2012.   LAW OFFICES OF RUSSELL G. PETTI

By  */s/ Russell G. Petti*
Russell G. Petti
Attorneys for Plaintiff Denise Anderson

DATED: March 16, 2012.   REED SMITH LLP

By  */s/ Eric C. Schaffer*
Kenneth N. Smersfelt
Eric C. Schaffer
Attorneys for Defendants Anthem Blue Cross Life and Health Insurance Co. and Lawrence Livermore National Security Health and Welfare Benefit Plan for Employees

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: March 27, 2012

_____
Honorable James Ware