

1  Kenneth N. Smersfelt (SBN 166764)
   ksmersfelt@reedsmith.com
2  Eric C. Schaffer (SBN 221883)
   eschaffer@reedsmith.com
3  Katherine W. Insogna (SBN 266326)
   kinsogna@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue
5  Suite 2900
   Los Angeles, CA 90071
6  Tel.:  (213) 457-8000
   Fax:  (213) 457-8080
7
   Attorneys for Defendants Anthem Blue
8  Cross Life and Health Insurance Co. and
   Lawrence Livermore National Security
9  Health and Welfare Benefit Plan for
   Employees
10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  DENISE ANDERSON,                    Case No.: 3:11-cv-03865 JW

14              Plaintiff,
                                        **JOINT STIPULATION AND**
15      vs.                             **[PROPOSED] ORDER TO**
                                        **EXTEND TIME TO FILE**
16  LAWRENCE LIVERMORE NATIONAL         **ADMINISTRATIVE RECORD**
    SECURITY HEALTH AND WELFARE
17  BENEFIT PLAN FOR EMPLOYEES;
    ANTHEM BLUE CROSS LIFE AND
18  HEALTH INSURANCE COMPANY,

19              Defendants.

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Denise Anderson ("Plaintiff"), Defendant Anthem Blue Cross Life and Health Insurance Company ("ABCLH"), and Defendant Lawrence Livermore National Security Health and Welfare Benefit Plan for Employees ("Lawrence Livermore") hereby submit, through the undersigned, the following Joint Stipulation and [Proposed] Order To Extend Time to File Administrative Record:

WHEREAS on August 5, 2011, Plaintiff filed her ERISA complaint in the above-titled action in the United States District Court Northern District of California;

WHEREAS the Court issued a Scheduling Order setting the Deadline for Filing Administrative Record as March 19, 2012;

WHEREAS the Parties attended a mediation with Ralph Williams of ADR Services and believe they are very close to potentially resolving their dispute and agreeing to a settlement;

WHEREAS the Administrative Record contains confidential medical records protected by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the Parties wish to avoid submitting the records, if possible, given the potential imminent resolution;

WHEREAS the Parties wish to continue the Deadline for Filing Administrative Record by three weeks to April 9, 2012 to allow the Parties time to potentially reach a settlement agreement and dismiss the action; AND

WHEREAS this change to the Deadline for Filing Administrative Record will not alter the date of any event or any deadline already fixed by Court order;

1    IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiff,

2  ABCLH, and Lawrence Livermore through the undersigned, to extend the Deadline

3  for Filing Administrative Record to April 9, 2012.

4

5

6  DATED:  March 16, 2012.          LAW OFFICES OF RUSSELL G. PETTI

7                                   By    /s/ Russell G. Petti
                                         Russell G. Petti
8                                        Attorneys for Plaintiff Denise Anderson

9  DATED:  March 16, 2012.          REED SMITH LLP

10

11                                  By    /s/ Eric C. Schaffer
                                         Kenneth N. Smersfelt
12                                       Eric C. Schaffer
                                         Attorneys for Defendants Anthem Blue
13                                       Cross Life and Health Insurance Co. and
                                         Lawrence Livermore National Security
14                                       Health and Welfare Benefit Plan for
                                         Employees
15

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17
   DATE:  March 27, 2012
18
                                   Honorable James Ware
19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware