IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Denise Anderson, | NO. C 11-03865 JW |
| Plaintiff, | **ORDER VACATING DATES; SETTING STATUS CONFERENCE** |
| v. | |
| Lawrence Livermore National Security Health and Welfare Benefit Plan, et al., | |
| Defendants. | |

Presently before the Court is the parties' Notice of Settlement. (Docket Item No. 25.) In their Notice of Settlement, the parties contend that they "have reached a complete settlement of this matter" and request that all pending dates in this case be vacated. (Id. at 1-2.)

In light of the parties' contentions regarding their settlement, the Court VACATES all pretrial and trial dates in this matter. The Court sets **May 21, 2012 at 10 a.m.** for a Status Conference re. Settlement. On or before **May 11, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated: April 10, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth Katherine Green egreen@kantorlaw.net
Eric Conrad Schaffer ecschaffer@reedsmith.com
Katherine W Insogna kinsogna@reedsmith.com
Kenneth Neil Smersfelt ksmersfelt@reedsmith.com
Lisa Sue Kantor lkantor@kantorlaw.net
Russell George Petti rpetti@petti-legal.com

**Dated:  April 10, 2012**                              **Richard W. Wieking, Clerk**

                                                        **By:       /s/ JW Chambers**
                                                              **Susan Imbriani**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California