IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Denise Anderson, | NO. C 11-03865 JW |
| Plaintiff,<br>v. | **ORDER CONTINUING STATUS CONFERENCE** |
| Lawrence Livermore National Security Health and Welfare Benefit Plan, et al., | |
| Defendants. | |

On May 10, 2012, the Court vacated all dates in this case in light of the parties' contention that they had reached a "complete settlement of this matter." (See Docket Item No. 26.) The Court ordered the parties to file either a Stipulated Dismissal or a Joint Status Statement on or before May 11, 2012. (Id.) Pursuant to that Order, the parties have filed a Joint Status Report in which they contend that they are still "in the process of finalizing and executing the settlement agreement document," but that they anticipate that a Dismissal will be filed "within two weeks." (See Docket Item No. 27.)

Accordingly, the Court finds good cause to CONTINUE the May 21 Status Conference in this case to **June 11, 2012 at 10 a.m.** On or before **June 1, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated: May 14, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth Katherine Green egreen@kantorlaw.net
Eric Conrad Schaffer ecschaffer@reedsmith.com
Katherine W Insogna kinsogna@reedsmith.com
Kenneth Neil Smersfelt ksmersfelt@reedsmith.com
Lisa Sue Kantor lkantor@kantorlaw.net
Russell George Petti rpetti@petti-legal.com

**Dated:  May 14, 2012**          **Richard W. Wieking, Clerk**

                                  **By:    /s/ JW Chambers**
                                      **William Noble**
                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California