**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Denise Anderson, | NO. C 11-03865 JW |
|         Plaintiff, | **ORDER CONTINUING STATUS** |
|   v. | **CONFERENCE** |
| Lawrence Livermore National Security Health and Welfare Benefit Plan, et al., | |
|         Defendants. | |

_____/

On May 10, 2012, the Court vacated all dates in this case in light of the parties' contention that they had reached a "complete settlement of this matter." (See Docket Item No. 26.) The Court ordered the parties to file either a Stipulated Dismissal or a Joint Status Statement on or before May 11, 2012. (Id.) Pursuant to that Order, the parties have filed a Joint Status Report in which they contend that they are still "in the process of finalizing and executing the settlement agreement document," but that they anticipate that a Dismissal will be filed "within two weeks." (See Docket Item No. 27.)

Accordingly, the Court finds good cause to CONTINUE the May 21 Status Conference in this case to **June 11, 2012 at 10 a.m.**  On or before **June 1, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement.  In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated:  May 14, 2012

_____
JAMES WARE
United States District Chief Judge

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2
3
4
5

Elizabeth Katherine Green egreen@kantorlaw.net
Eric Conrad Schaffer ecschaffer@reedsmith.com
Katherine W Insogna kinsogna@reedsmith.com
Kenneth Neil Smersfelt ksmersfelt@reedsmith.com
Lisa Sue Kantor lkantor@kantorlaw.net
Russell George Petti rpetti@petti-legal.com

6

**Dated:  May 14, 2012**                          **Richard W. Wieking, Clerk**

7
8
9

**By:____/s/ JW Chambers_____**
     **William Noble**
     **Courtroom Deputy**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California