1  Glenn R. Kantor, Esq. - State Bar No.
     email: Gkantor@kantorlaw.net
2  **KANTOR & KANTOR LLP**
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272

5  **RUSSELL G. PETTI**, State Bar No. 137160
   **THE LAW OFFICES OF RUSSELL G. PETTI**
6  466 Foothill Blvd., # 389
   La Canada, California 91011
7  818 952-2168 Telephone
   818 952-2186 Facsimile
8  Email:  Rpetti@petti-legal.com

9  Counsel for Plaintiff Denise Anderson

IT IS SO ORDERED AS MODIFIED

Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ANDERSON,                  )<br>                                   )<br>        Plaintiff,                 )<br>                                   )<br>    vs.                            )<br>                                   )<br>LAWRENCE LIVERMORE                 )<br>NATIONAL SECURITY HEALTH           )<br>AND WELFARE BENEFIT PLAN           )<br>FOR EMPLOYEES; ANTHEM BLUE         )<br>CROSS LIFE AND HEALTH              )<br>INSURANCE COMPANY                  )<br>                                   )<br>        Defendants.                )<br>                                   ) | Case No.  3:11-CV-03865 JW<br><br>STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |

   Plaintiff Denise Anderson and Defendants Lawrence Livermore National Security Health and Welfare Benefit Plan for Employees and Anthem Blue Cross Life and Health Insurance Company hereby stipulate, through their respective

///

///

///

counsel of record, that this action be dismissed in its entirety with prejudice, with each party to bear her or their own attorneys' fees and costs.

**It is So Stipulated**

Dated: May 15, 2012

RUSSELL G. PETTI
The Law Offices of Russell G. Petti

By: */s/ Russell G. Petti*
Russell G. Petti
Attorneys for Plaintiff Denise Anderson

Dated: May 15, 2012

KENNETH N. SMERSFELT
Reed Smith LLP

By: */s/ Kenneth N. Smersfelt*
Kenneth N. Smersfelt
Attorneys for Defendants Lawrence Livermore National Security Health and Welfare Benefit Plan for Employees and Anthem Blue Cross Life and Health Insurance Company

**ORDER**

Based on the Stipuation of the Parties and for Good Cause Shown, the above captioned lawsuit is dismissed in its entirety with prejudice, with all parties to bear their own costs and fees. The Clerk shall close this file.

Dated: May 16, 2012

_____
JAMES WARE
United States District Chief Judge